IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| **JAMES J. AYRES**, | ) **CASE NO. 05-55878** |
| | ) |
| Debtor(s). | ) Hon. Carol A. Doyle |

### TRUSTEE'S FINAL REPORT

Ronald R. Peterson, not individually but as Trustee for James J. Ayres (the "Debtor"), respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. § 704(9), and states:

1. The Petition commencing this case was filed on October 14, 2005. Ronald R. Peterson was appointed Trustee on October 14, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of the estate property is set forth in Exhibit B. The scheduled value of property abandoned is unknown. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.  A summary of the Trustee's Final Report as of September 30, 2007 is as follows:

| | | |
|---|---|---:|
| (a) | RECEIPTS (see Exhibit C): | $105,840.85 |
| (b) | DISBURSEMENTS (see Exhibit C): | $52,500.00 |
| (c) | NET CASH available for distribution: | $53,340.85 |
| (d) | TRUSTEE/PROFESSIONAL COSTS: | |

    i) Trustee's compensation requested (See Exhibit E)

        Fee      $8,542.04

        Expenses      $86.75

    ii) Compensation requested by attorney for the Trustee

        Fee

        Expenses      $0.00

              $0.00

5.  The Bar Date for filing unsecured claims expired on May 30, 2006.

6.  All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| (a) | Allowed unpaid secured claims | $0 |
| (b) | Chapter 7 administrative and 28 U.S.C. § 1930 claims | $8,628.79 |
| (c) | Allowed Chapter 11 administrative claims | 0.00 |
| (d) | Allowed priority claims | $13,547.40 |
| (e) | Allowed unsecured claims | $47,174.29 |

7.  Trustee proposed that unsecured creditors receive a distribution of 66.062807% of allowed claims.

8.  Total compensation previously awarded to Trustee's counsel, accountants or other professionals was $0. Trustee's attorneys, accountants, or other professionals' compensation requested but not yet allowed is $0. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.

2

9.  A fee of $891.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. § 329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§ 330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully submitted,

_____/s/ Ronald R. Peterson_____
RONALD R. PETERSON, not individually but as Trustee for James J. Ayres

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
PH:   (312) 923-2981
FAX:  (312) 840-7381

Dated:  October 23, 2007

## TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved.  Major tasks are summarized in paragraph form below.)

- A. Conducted Meeting of Creditors pursuant to 11 U.S.C. § 341; discovery regarding recovery of assets.

- B. Compromised and settled the action known as *Ayres v. Humana*, Case No. 2004 L 0025658 in the Circuit Court of Cook County, Illinois, with Humana and the Debtor's attorney, David A. Novoselsky.

- C. Reviewed and analyzed all of the claims filed.

- D. Objected to and settled the claims of Northwest Health Center and the Minton Firm P.C.

- E. Prepared report on checking claims and Trustee's Report and Final Account.

**EXHIBIT A - PAGE 1**

## DISPOSITION OF ESTATE PROPERTY

## (SEE ATTACHED FORM 1)

**EXHIBIT B - PAGE 1**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 05-55878 CAD Judge: CAROL A. DOYLE | | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- |
| Case Name: | AYRES, JAMES J | | Date Filed (f) or Converted (c): | 10/14/05 (f) |
| | | | 341(a) Meeting Date: | 02/13/06 |
| For Period Ending: 10/23/07 | | | Claims Bar Date: | 05/30/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand | 100.00 | 0.00 | | 0.00 | 0.00 |
| 2. Security deposit with landlord | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3. Normal and ordinary wearing apparel | 600.00 | 0.00 | | 0.00 | 0.00 |
| 4. Watch | 5.00 | 0.00 | | 0.00 | 0.00 |
| 5. Wedding band | 100.00 | 0.00 | | 0.00 | 0.00 |
| 6. 100% shareholder in the Law Offices of James Ayre | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7. Consumer fraud case - Ayres v Humana 04L25658 | Unknown | 105,000.00 | | 105,000.00 | 0.00 |
| 8. 2000 Nissan Altima | 2,300.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 840.85 | Unknown |
| TOTALS (Excluding Unknown Values) | $3,105.00 | $105,000.00 | | $105,840.85 | $0.00 |
| | | | | Gross Value of Remaining Assets | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee will review claims and file objection to claims if warranted; to close case. Husband filed objection to xwife's claim. Held Hostage in the final insult between parties to divorce

Initial Projected Date of Final Report (TFR): 12/31/06    Current Projected Date of Final Report (TFR): 12/31/07

LFORM1                                                                                                                                            Ver: 12.60a

## RECEIPTS AND DISBURSEMENTS

**(SEE ATTACHED FORM 2)**
**Include Notice Fixing Time for Filing Claims With Service List**

**EXHIBIT C - PAGE 1**

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Case No: 05-55878 -CAD  
Case Name: AYRES, JAMES J  
Taxpayer ID No: *******2844  
For Period Ending: 10/23/07

Trustee Name: RONALD R. PETERSON  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: ******6188 Interest earning MMA Account  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/16/06 | 7 | David Novoselsky (for Debtor and Humana) | Settlement proceeds | | 52,500.00 | | 52,500.00 |
| | | | Memo Amount: 105,000.00 | 1249-000 | | | |
| | | | Gross seeling proce | | | | |
| | | | Memo Amount: ( 52,500.00 ) | 3210-000 | | | |
| | | | Attorney's fee - Lawyer's lien | | | | |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.42 | | 52,511.42 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 44.60 | | 52,556.02 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 43.19 | | 52,599.21 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 44.68 | | 52,643.89 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 43.27 | | 52,687.16 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 44.75 | | 52,731.91 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 44.79 | | 52,776.70 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 43.37 | | 52,820.07 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 44.87 | | 52,864.94 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 43.45 | | 52,908.39 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 44.93 | | 52,953.32 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 44.98 | | 52,998.30 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 40.66 | | 53,038.96 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 45.04 | | 53,084.00 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 43.63 | | 53,127.63 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 45.12 | | 53,172.75 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 43.70 | | 53,216.45 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 45.20 | | 53,261.65 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 45.24 | | 53,306.89 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 33.96 | | 53,340.85 |

Page Subtotals 53,340.85 0.00

LFORM24 Ver: 12.60a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Case No: 05-55878 -CAD
Case Name: AYRES, JAMES J
Taxpayer ID No: *******2844
For Period Ending: 10/23/07

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******6188 Interest earning MMA Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 105,000.00 | | | | |
| | | Memo Allocation Disbursements: | 52,500.00 | | | | |
| | | Memo Allocation Net: | | 52,500.00 | | | |
| | | | COLUMN TOTALS | | 53,340.85 | 0.00 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 53,340.85 | 0.00 | 53,340.85 |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 53,340.85 | 0.00 | |
| | | Total Allocation Receipts: | 105,000.00 | | | NET | ACCOUNT |
| | | Total Allocation Disbursements: | 52,500.00 | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Total Memo Allocation Net: | | 52,500.00 | | | |
| | | | TOTAL - ALL ACCOUNTS | | 53,340.85 | 0.00 | 53,340.85 |
| | | | Interest earning MMA Account - ******6188 | | 53,340.85 | 0.00 | 53,340.85 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

LFORM24                                                                                                                    Ver: 12.60a

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **JAMES J. AYRES**, | ) | **CASE NO. 05-55878** |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

## PROPOSED DISTRIBUTION REPORT

I, Ronald R. Peterson, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distributions.

### SUMMARY OF DISTRIBUTION

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $8,628.79 |
| Chapter 11 Administrative Expenses: | 0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $9,983.06 |
| Secured Tax Liens: | 0.00 |
| Priority Tax Claims: | $3,564.34 |
| General Unsecured Claims: | $31,164.66 |
| **TOTAL AMOUNT TO BE DISTRIBUTED** | $53,340.85 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. § 1930(6)) | $8,628.79 | $8,628.79 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| | Trustee<br>　　Fees<br>　　Expenses | $8,542.04<br>$86.75 | $8,542.04<br>$86.75 |
| | Jenner & Block<br>　　Fees<br>　　Expenses | $0<br>$0 | $0<br>$0 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (debtor-in-possession (DIP) administrative expenses) | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to § 502(f) | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

2

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100.00% |
|---|---|---|---|
|  | § 507(a)(3) - Wages, salaries or commissions limited to $4,000 | $9,983.06 | $9,983.06 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| 7 | Anita Ayres<br>548 East Palatine Road<br>Palatine, IL  60074 | $9,983.06 | $9,983.06 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000 | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(6) - Deposits by consumers to the extent of $1,800 | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |

3

| N/A | | $0.00 | $0.00 |
|---|---|---|---|

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 724(b) - Tax liens | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| | | $0.00 | $0.00 |
| | | | |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100.00% |
|---|---|---|---|
| | § 507(a)(8) - Tax claims excluding fines and penalties | $3,564.34 | $3,564.34 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 2 | Internal Revenue Service<br>230 South Dearborn<br>Stop 5016-CHI<br>Chicago, IL  60604 | $2,952.10 | $2,952.10 |
| 3 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street<br>Level 7-400<br>Chicago, IL  60601 | $612.24 | $612.24 |

4

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(9) - Capital commitments to Federal Depository Institutions | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |
|  |  |  |  |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 66.062807% |
|---|---|---|---|
|  | § 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $47,174.29 | $31,164.66 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 1 | Nadler Pritikin Mirabelli<br>One Prudential Plaza<br>130 East Randolph, 12th Floor<br>Chicago, IL 60601 | $21,687.06 | $14,327.08 |
| 2 | Internal Revenue Service<br>230 South Dearborn<br>Stop 5016-CHI<br>Chicago, IL 60604 | $476.54 | $314.82 |
| 3 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street<br>Level 7-400<br>Chicago, IL 60601 | $91.10 | $60.18 |
| 4 | Northwest Health Center<br>3546 North Nora Avenue<br>Chicago, IL 60634 | $18,445.00 | $12,185.28 |

5

Case 05-55878    Doc 36    Filed 12/04/07    Entered 12/04/07 15:10:41    Desc Main
Document      Page 15 of 16

| 5 | LVNV Funding LLC, its successors and assigns, as assignee of Resurgent Capital LP C/O Tra Resurgent Capital Services P.O. Box 10587 Greenville, SC 29603-0587 | $6,474.59 | $4,277.30 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726(a)(3) - Late unsecured claims | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND - 0.00% |
|---|---|---|---|
|  | § 726(a)(4) -Fines/Penalties | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726(a)(5) - Interest | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 6 | Minton Law Firm<br>222 North LaSalle Street<br>Suite 1950<br>Chicago, IL  60601 | $35,000.00 | $35,000.00 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:  October 23, 2007

_____
Trustee

7