**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **JAMES J. AYRES**, | ) | **CASE NO. 05-55878** |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   United States Bankruptcy Court
         219 South Dearborn Street
         Courtroom 742
         Chicago, Illinois 60604

   On:   **January 15, 2008**      Time:  **10:30 a.m**.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

   | | | |
   |---|---|---|
   | a. | Receipts | $105,840.85 |
   | b. | Disbursements | $52,500.00 |
   | c. | Net Cash Available for Distribution | $53,340.85 |

1604293.1

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson Trustee | $0 | $8,542.04 | $86.75 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $13,547.40 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 2 | Internal Revenue Service 230 South Dearborn Stop 5016-CHI Chicago, IL  60604 | $2,952.10 | $2,952.10 |
| 3 | Illinois Department of Revenue Bankruptcy Section 100 West Randolph Street Level 7-400 Chicago, IL  60601 | $612.24 | $612.24 |
| 7 | Anita Ayres 548 East Palatine Road Palatine, IL  60074 | $9,983.06 | $9,983.06 |

7. Claims of general unsecured creditors totaling $47,147.29 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 66.062807%. Allowed general unsecured claims are as follows:

2

1604293.1

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Nadler Pritikin Mirabelli<br>One Prudential Plaza<br>130 East Randolph, 12th Floor<br>Chicago, IL  60601 | $21,687.06 | $14,327.08 |
| 2 | Internal Revenue Service<br>230 South Dearborn<br>Stop 5016-CHI<br>Chicago, IL  60604 | $476.54 | $314.82 |
| 3 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street<br>Level 7-400<br>Chicago, IL  60601 | $91.10 | $60.18 |
| 4 | Northwest Health Center<br>3546 North Nora Avenue<br>Chicago, IL  60634 | $18,445.00 | $12,185.28 |
| 5 | LVNV Funding LLC, its successors and assigns, as assignee of Resurgent Capital LP C/O Tra Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $6,474.59 | $4,277.30 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtor has been discharged.

3

1604293.1

11.   The Trustee proposes to abandon the following property at the hearing:

       0.00

Dated:  **December 10, 2007**          For the Court,

       **KENNETH S. GARDNER**
       Kenneth S. Gardner
       Clerk of the U.S. Bankruptcy Court
       219 S. Dearborn Street, 7th Floor
       Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
PH:   (312) 923-2981
FAX:  (312) 840-7381

1604293.1