**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **JAMES J. AYRES**, | ) | **CASE NO. 05-55878** |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |

**NOTICE OF TRUSTEE'S FINAL REPORT,**
**HEARING ON APPLICATIONS FOR COMPENSATIONS, AND**
**HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

> At:    United States Bankruptcy Court
> 219 South Dearborn Street
> Courtroom 742
> Chicago, Illinois 60604

> On:    **January 15, 2008**    Time:  **10:30 a.m**.

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court.   **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3.    The Trustees Final Report shows total:

| | | |
|---|---|---|
| a. | Receipts | $105,840.85 |
| b. | Disbursements | $52,500.00 |
| c. | Net Cash Available for Distribution | $53,340.85 |

1604293.1

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson Trustee | $0 | $8,542.04 | $86.75 |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6.      In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $13,547.40 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 100.00%.

        Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 2 | Internal Revenue Service 230 South Dearborn Stop 5016-CHI Chicago, IL  60604 | $2,952.10 | $2,952.10 |
| 3 | Illinois Department of Revenue Bankruptcy Section 100 West Randolph Street Level 7-400 Chicago, IL  60601 | $612.24 | $612.24 |
| 7 | Anita Ayres 548 East Palatine Road Palatine, IL  60074 | $9,983.06 | $9,983.06 |

7.      Claims of general unsecured creditors totaling $47,147.29 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 66.062807%.  Allowed general unsecured claims are as follows:

2

1604293.1

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Nadler Pritikin Mirabelli<br>One Prudential Plaza<br>130 East Randolph, 12th Floor<br>Chicago, IL  60601 | $21,687.06 | $14,327.08 |
| 2 | Internal Revenue Service<br>230 South Dearborn<br>Stop 5016-CHI<br>Chicago, IL  60604 | $476.54 | $314.82 |
| 3 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street<br>Level 7-400<br>Chicago, IL  60601 | $91.10 | $60.18 |
| 4 | Northwest Health Center<br>3546 North Nora Avenue<br>Chicago, IL  60634 | $18,445.00 | $12,185.28 |
| 5 | LVNV Funding LLC, its<br>successors and assigns, as assignee<br>of Resurgent Capital LP C/O Tra<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $6,474.59 | $4,277.30 |

8.  Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtor has been discharged.

3

1604293.1

11.     The Trustee proposes to abandon the following property at the hearing:

        0.00

Dated:    **December 10, 2007**                    For the Court,

                                                   **KENNETH S. GARDNER**
                                                   Kenneth S. Gardner
                                                   Clerk of the U.S. Bankruptcy Court
                                                   219 S. Dearborn Street, 7th Floor
                                                   Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
PH:     (312) 923-2981
FAX:    (312) 840-7381

4

1604293.1

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE  OF  SERVICE

```
District/off: 0752-1          User: amcc7            Page 1 of 2              Date Rcvd: Dec 10, 2007
Case: 05-55878                Form ID: pdf002        Total Served: 34


The following entities were served by first class mail on Dec 12, 2007.
db          +James J Ayres,   115 Little Creek Road,   Streamwood, IL 60107-3326
aty         +Brenda Porter Helms,   The Helms Law Firm, P.C.,   3400 W Lawrence Avenue,
             Chicago, IL 60625-5104
aty         +Jayne Laiprasert,   Jenner & Block LLP,   One IBM Plaza,   Chicago, IL 60611-7603
tr          +Ronald R Peterson,   Jenner & Block,   One IBM Plaza 38th Fl,   Chicago, IL 60611-3586
10264101    +AT&T Broadband,   c/o Credit Protection,   13355 Noel Rd 21st Floor,   Dallas, TX 75240-6602
10264098    +Advantage Assets Assignee MBNA,   c/o Wolpoff & Abramson,   702 King Farm Blvd,
             Rockville, MD 20850-5774
10264099    +Advocate Health Care,   2025 Windsor Drive,   Oak Brook, IL 60523-1585
10264100    +Anita Ayres,   548 E. Palatine Road,   Palatine, IL 60074-5488
10264102    +Beermann Swerdlove Woloshin Barezky,   161 N. Clark Street,   Suite 2600,
             Chicago, IL 60601-3297
10264103    +Capital One Bank,   P.O. Box 85015,   Richmond, VA 23285-5015
10264104    +Chase Bank USA,   c/o Sherman Acquisitions,   P.O. Box 10497,   Greenville, SC 29603-0497
10264105    +Citibank,   Academy Collection Service,   10965 Decatur Road,   Philadelphia, PA 19154-3294
10264107    +David Novoselsky,   Novoselsky Law Offices,   120 N. LaSalle St #1400,   Chicago, IL 60602-2414
10264108    +Dennis Siena Inc.,   c/o Creditors Alliance,   719 W. Chestnut St,   Bloomington, IL 61701-2813
10264110    +Embassy Executive Suites,   800 E. Northwest Highway,   Palatine, IL 60074-6500
10264112    +George S. Skoog DDS,   232 E. Northwest Hwy,   Palatine, IL 60067-8107
10264114    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10696022    +Illinois Department of Revenue,   Bankruptcy Section,   100  West Randolph Street  Level 7-400,
             Chicago, Illinois 60601-3218
10264113     Illinois Dept of Revenue,   Springfield, IL 62794
10264115    +Irsay,   1 N. Ashland,   Palatine, IL 60074-5401
10264116     Lutheran General Hospital,   1774 Dempster,   Park Ridge, IL 60068
10264117    +Mayo Clinic,   200 First Street SW,   Rochester, MN 55905-0002
10264118    +Minton Law Firm,   222 N. LaSalle St,   Suite 1950,   Chicago, IL 60601-1102
10264119     Nadler Pritikin & Mirabelli,   One Prudential PL 130 E. Randolph,   12th Floor,
             Chicago, IL 60601
10264120    +Nicor Gas,   1844 Ferry Road,   Naperville, IL 60563-9600
10264121    +Northwest Community Hospital,   800 W. Central Road,   Arlington Heights, IL 60005-2392
10264122    +Northwest Health Center,   3546 N. Nora Ave,   Chicago, IL 60634-3617
10264123    +SBC Ameritech,   c/o Collection Co,   700 Longwater Drive,   Norwell, MA 02061-1624
10264126    +Washington Mutual,   1707 Veterans Hwy,   Islandia, NY 11749-1531
10264127    +Williams Reserve,   1245 E. Prairie Brook Dr. #M,   Palatine, IL 60074-3101

The following entities were served by electronic transmission on Dec 11, 2007.
10264106    +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                      Commonwealth Edison,
             c/o Torres Credit Services,   27 Fairview,   Carlisle, PA 17015-3200
10264109     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 11 2007 03:46:07     Discover Financial,
             P.O. Box 15316,   Wilmington, DE 19850
10717919     E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC., its successors and assigns, as,   assignee of Resurgent Capital LP C/O Tra,
             Resurgent Capital Services,   P.O. Box 10587,   Greenville, SC 29603-0587
10264125    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Dec 11 2007 03:06:19
             Verizon Wireless - Midwest,   1515 Woodfield Rd  Ste 1400,   Schaumburg, IL 60173-5497
                                                                                   TOTAL: 4


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10264111     First Chicago/Bank One/Chase
10264124     TCF Bank
                                                                          TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7          Page 2 of 2          Date Rcvd: Dec 10, 2007
Case: 05-55878               Form ID: pdf002       Total Served: 34
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2007**                          **Signature:**   _Joseph Speetjens_